UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X  Case No: 18-cv-03595
JOSE NOE RODRIGUEZ, on Behalf of
Himself and All Others Similarly Situated,

                              Plaintiffs,

      -vs.-

LEFTOM FOODS LTD. d/b/a KANES DELI
DINER, and GEORGE KANES,

                              Defendants.
---------------------------------------------------------------X

## **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above captioned action is voluntarily dismissed, without prejudice against the defendants, and each of them, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).


LAW OFFICES OF WILLIAM CAFARO

_____
Amit Kumar, Esq.
108 West 39th Street, Suite 602
New York, NY 10018
Tel. (212)583-7400
*Attorneys for the Plaintiffs*

KOUTSOUDAKIS & IAKOVOU LAW GROUP, PLLC

_____
Andreas Koutsoudakis, Esq.
90 Broad Street, Ste Third Floor
New York, NY 10004
Tel: (212) 386-7606
*Attorneys for Defendants*


**SO ORDERED:**

_____
Hon. Brian M. Cogan, U.S.D.J.